IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.      Criminal Case No. 12-50067

SHANE TIMMONS                                                         DEFENDANT

### O R D E R

Now on this 10th day of June, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #23), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant is competent to proceed in this matter, having sufficient ability to consult with his lawyer with a reasonable degree of understanding and possessing a rational and factual understanding of the proceedings against him.

**IT IS SO ORDERED.**

   /s/ Jimm Larry Hendren
   **JIMM LARRY HENDREN**
   **UNITED STATES DISTRICT JUDGE**