IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Criminal No. 5:12CR50067-001

SHANE TIMMONS

## FINAL ORDER OF FORFEITURE

On June 24, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 30). In the Preliminary Order of Forfeiture, a Hewlett Packard Laptop Computer, serial number CNG0397QWV was forfeited to the United States pursuant to 18 U.S.C. §2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On August 6, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 24, 2013, shall become final at this time.

1

IT IS SO ORDERED this 24th day of January, 2014.

/s/ Jimm Larry Hendren
───────────────────────────────
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 24 2014

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK